**Ernest A. DEMBA, An Individual, d/b/a Demba Bank & Associates, Plaintiff–Respondent,**

v.

**Frank L. ZERJAV, An Individual, Defendant–Appellant.**

**No. 57369.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 14, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 19, 1990.

Vincent D. Vogler, Jr., William Whealen, David M. Hohme, St. Louis, for defendant-appellant.

Robert A. Margulis, St. Louis, for plaintiff-respondent.

## ORDER

### PER CURIAM.

Defendant appeals, in a court-tried case, from a judgment for plaintiff in a suit on account for appraisal services rendered. We affirm. The judgment is supported by substantial evidence and is not against the weight of the evidence, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).